1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD EUGENE JAMES,                          No.  2:24-cv-0328 CKD P

12                  Petitioner,

13          v.                                      ORDER

14   SHERIFF, SACRAMENTO COUNTY,

15                  Respondent.

16

17          Petitioner, a Sacramento County pretrial detainee proceeding pro se, has filed a petition

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On January 18, 2024, petitioner filed a

19   second § 2241 petition and request to proceed in forma pauperis.  Those documents were filed in

20   this action.  Because it appears that petitioner's intent was to file a separate action, IT IS

21   HEREBY ORDERED that:

22          1.  The Clerk of the Court shall open a new case and file documents no. 5 and 6 therein

23   along with a copy of this order.

24   /////

25   /////

26   /////

27   /////

28   /////

1

2.  The Clerk of the Court shall change the name of document 5 to "Petition for Writ of Habeas Corpus."

Dated:  February 21, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jame0328.nc

2